UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DAVID SWAFFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWARD J. SILVA,<br><br>    Defendant. | Case No. 26-cv-04067-AGT (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff's claims arise from events that occurred at Corcoran State Prison, which lies in the Eastern District of California.  Accordingly, this action is TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there.  *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a).

The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:**  May 8, 2026

_____
ALEX G. TSE
United States Magistrate Judge